UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Ryan B. Tuttle

   v.                                        Civil No. 14-cv-292-PB

Richard Gerry, Warden, New Hampshire
State Prison, and Cpl. FNU Christie

**O R D E R**

Before the Court is plaintiff Ryan Tuttle's Complaint (doc. no. 1). The matter is here for preliminary review, pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1).

For the reasons stated in the Report and Recommendation issued this date ("R&R"), the Court directs service of the Complaint (doc. no. 1) upon New Hampshire State Prison ("NHSP") Cpl. Christie, whose first name is unknown ("FNU").[1] The Clerk is directed to serve electronic copies of this Order, the R&R; and the Complaint (doc. no. 1), on the New Hampshire Office of the Attorney General ("AG"), as provided in the Agreement on Acceptance of Service.

Within thirty days from receipt of these materials, the AG must submit an Acceptance of Service notice to the Court specifying whether Christie has authorized the AG to receive

---

[1] The Clerk is directed to correct the docket to show that Christie's NHSP rank is Corporal, not Captain.

service on his behalf. When the AG files the Acceptance of Service, service will be deemed made on the last day of the thirty-day period for any defendant who accepts AG representation.

If Christie does not authorize the AG to receive service on his behalf, or the AG declines to represent him, the AG shall, within thirty days from receipt of the aforementioned materials, provide Christie's last known address to the Court. In that event, the Clerk is instructed to complete and issue a summons for Christie, using the last known address provided, and forward the summons, along with the documents listed above, to the United States Marshal for the District of New Hampshire, to complete service on Christie pursuant to Fed. R. Civ. P. 4(c)(3) and 4(e).

Christie is instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A). Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the Christie by delivering or mailing the materials to him or his attorney(s), pursuant to Fed. R. Civ. P. 5(b).


SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

August 26, 2014

cc: Ryan B. Tuttle, pro se